**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **G.S., *et al*.** | ) | **CASE NO. 5:26-cv-00267** |
| | ) | |
| **PLAINTIFFS,** | ) | **JUDGE SARA LIOI** |
| | ) | |
| **-VS-** | ) | **ANSWER OF DEFENDANTS WAYNE** |
| | ) | **COUNTY BOARD OF** |
| **STARK COUNTY BOARD OF** | ) | **DEVELOPMENTAL DISABILITIES,** |
| **DEVELOPMENTAL DISABILITIES, *et*** | ) | **DAVID ASHLEY AND SARA CARTER** |
| ***al*.** | ) | **TO PLAINTIFFS' COMPLAINT** |
| | ) | |
| **DEFENDANTS.** | ) | **Jury Demand Endorsed Hereon** |

Now come Defendants Wayne County Board of Developmental Disabilities ("WCBDD"), David Ashley, and Sarah Carter who, for their Answer, state as follows:

1.      Complaint ¶1 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

2.      Complaint ¶2 states a legal conclusion for which no response is required, but Defendants acknowledge that the Court has federal subject matter jurisdiction.

3.      Complaint ¶3 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

4.      Deny the allegations contained in Complaint ¶4.

5.      Complaint ¶5 states a legal conclusion for which no response is required, but Defendants acknowledge that the Court has venue.

6.      Deny for want of knowledge the allegations contained in Complaint ¶6.

7.      Deny for want of knowledge the allegations contained in Complaint ¶7.

8.      Deny for want of knowledge the allegations contained in Complaint ¶8.

9.      Deny for want of knowledge the allegations contained in Complaint ¶9.

10.	Deny for want of knowledge the allegations contained in Complaint ¶10.

11.	Deny for want of knowledge the allegations contained in Complaint ¶11.

12.	Deny for want of knowledge the allegations contained in Complaint ¶12.

13.	Deny for want of knowledge the allegations contained in Complaint ¶13.

14.	Deny for want of knowledge the allegations contained in Complaint ¶14.

15.	Deny for want of knowledge the allegations contained in Complaint ¶15.

16.	Deny for want of knowledge the allegations contained in Complaint ¶16.

17.	Deny for want of knowledge the allegations contained in Complaint ¶17.

18.	Deny for want of knowledge the allegations contained in Complaint ¶18.

19.	Admit that Defendant Sarah Carter is the Director of Service and Support Administration at WCBDD, that she supervises all service and support administrators (SSAs), and is a "person" under 42 U.S.C. § 1983, but deny the remaining allegations contained in Complaint ¶19.

20.	Admit that Defendant David Ashley is the Superintendent of WCBDD, that he is responsible for agencywide policy and decisions regarding Medicaid services and supports, and that he is a "person" under 42 U.S.C. § 1983, but deny the remaining allegations contained in Complaint ¶20.

21.	Deny for want of knowledge the allegations contained in Complaint ¶21.

22.	Deny for want of knowledge the allegations contained in Complaint ¶22.

23.	Deny for want of knowledge the allegations contained in Complaint ¶23.

24.	Deny for want of knowledge the allegations contained in Complaint ¶24.

25.	Deny for want of knowledge the allegations contained in Complaint ¶25.

26.	Deny for want of knowledge the allegations contained in Complaint ¶26.

27.	Deny for want of knowledge the allegations contained in Complaint ¶27.

28.     Deny for want of knowledge the allegations contained in Complaint ¶28.

29.     Deny for want of knowledge the allegations contained in Complaint ¶29.

30.     Deny for want of knowledge the allegations contained in Complaint ¶30.

31.     Deny for want of knowledge the allegations contained in Complaint ¶31.

32.     Deny for want of knowledge the allegations contained in Complaint ¶32.

33.     Deny for want of knowledge the allegations contained in Complaint ¶33.

34.     Deny for want of knowledge the allegations contained in Complaint ¶34.

35.     Deny for want of knowledge the allegations contained in Complaint ¶35.

36.     Deny for want of knowledge the allegations contained in Complaint ¶36.

37.     Deny for want of knowledge the allegations contained in Complaint ¶37.

38.     Deny for want of knowledge the allegations contained in Complaint ¶38.

39.     Deny for want of knowledge the allegations contained in Complaint ¶39.

40.     Deny for want of knowledge the allegations contained in Complaint ¶40.

41.     Deny for want of knowledge the allegations contained in Complaint ¶41.

42.     Deny for want of knowledge the allegations contained in Complaint ¶42.

43.     Deny for want of knowledge the allegations contained in Complaint ¶43.

44.     Deny for want of knowledge the allegations contained in Complaint ¶44.

45.     Deny for want of knowledge the allegations contained in Complaint ¶45.

46.     Deny for want of knowledge the allegations contained in Complaint ¶46.

47.     Deny for want of knowledge the allegations contained in Complaint ¶47.

48.     Deny for want of knowledge the allegations contained in Complaint ¶48.

49.     Deny for want of knowledge the allegations contained in Complaint ¶49.

50.     Deny for want of knowledge the allegations contained in Complaint ¶50.

51.     Deny for want of knowledge the allegations contained in Complaint ¶51.

52.     Deny for want of knowledge the allegations contained in Complaint ¶52.

53.     Deny for want of knowledge the allegations contained in Complaint ¶53.

54.     Deny for want of knowledge the allegations contained in Complaint ¶54.

55.     Deny the allegations contained in Complaint ¶55.

56.     Deny the allegations contained in Complaint ¶56.

57.     Deny the allegations contained in Complaint ¶57.

58.     Deny the allegations contained in Complaint ¶58.

59.     Deny the allegations contained in Complaint ¶59.

60.     Deny the allegations contained in Complaint ¶60.

61.     Deny the allegations contained in Complaint ¶61.

62.     Deny the allegations contained in Complaint ¶62.

63.     Deny the allegations contained in Complaint ¶63.

64.     Deny the allegations contained in Complaint ¶64.

65.     Deny the allegations contained in Complaint ¶65.

66.     Admit that Bethany Joyal-Cousin, Matthew Cousin, and E.J.C.1 were Relators in *In re Smith v. DODD*, Ohio Supreme Court Case No. 2025-0216, a mandamus action against, *inter alia*, Defendants WCBDD and SCBDD, but deny the remaining allegations contained in Complaint ¶66.

67.     Admit that WCBDD was a named respondent in that case, and WCBDD SSA Becky Migdal was identified in the underlying mandamus affidavit, but deny the remaining allegations contained in Complaint ¶67.

68.     Deny the allegations contained in Complaint ¶68.

69. Deny the allegations contained in Complaint ¶69.

70. Deny the allegations contained in Complaint ¶70.

71. Deny the allegations contained in Complaint ¶71.

72. Deny the allegations contained in Complaint ¶72.

73. Admit that on February 28, 2025, Plaintiff's counsel issued a formal letter to WCBDD's counsel and that WCBDD did not respond, but otherwise deny the allegations contained in Complaint ¶73.

74. Deny the allegations contained in Complaint ¶74.

## First Cause of Action—Fourth Amendment Illegal Search

75. In response to Complaint ¶75, Defendants restate, as if fully rewritten, the admissions, denials, and averments contained in Answer ¶¶ 1-74.

76. Deny the allegations contained in Complaint ¶76.

77. Deny the allegations contained in Complaint ¶77.

78. Deny the allegations contained in Complaint ¶78.

79. Deny the allegations contained in Complaint ¶79.

80. Deny the allegations contained in Complaint ¶80.

81. Deny the allegations contained in Complaint ¶81.

82. Deny the allegations contained in Complaint ¶82.

83. Deny the allegations contained in Complaint ¶83.

84. Deny the allegations contained in Complaint ¶84.

85. Deny the allegations contained in Complaint ¶85.

86. Deny the allegations contained in Complaint ¶86.

87. Deny the allegations contained in Complaint ¶87.

88.     Deny the allegations contained in Complaint ¶88.

89.     Deny the allegations contained in Complaint ¶89.

90.     Deny the allegations contained in Complaint ¶90.

91.     Deny the allegations contained in Complaint ¶91.

92.     Deny the allegations contained in Complaint ¶92.

93.     Deny the allegations contained in Complaint ¶93.

94.     Deny the allegations contained in Complaint ¶94.

95.     Deny the allegations contained in Complaint ¶95.

96.     Deny the allegations contained in Complaint ¶96.

97.     Deny the allegations contained in Complaint ¶97.

98.     Deny the allegations contained in Complaint ¶98.

99.     Deny the allegations contained in Complaint ¶99.

100.    Deny the allegations contained in Complaint ¶100.

101.    Deny the allegations contained in Complaint ¶101.

102.    Deny the allegations contained in Complaint ¶102.

103.    Deny the allegations contained in Complaint ¶103.

104.    Deny the allegations contained in Complaint ¶104.

### Second Cause of Action—Procedural Due Process

105.    In response to Complaint ¶105, Defendants restate, as if fully rewritten, the admissions, denials, and averments contained in Answer ¶¶ 1-104.

106.    Complaint ¶106 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

107.    Complaint ¶107 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

108.    Deny the allegations contained in Complaint ¶108.

109.    Deny the allegations contained in Complaint ¶109.

110.    Deny the allegations contained in Complaint ¶110.

111.    Deny the allegations contained in Complaint ¶111.

112.    Deny the allegations contained in Complaint ¶112.

113.    Deny the allegations contained in Complaint ¶113.

114.    Deny the allegations contained in Complaint ¶114.

115.    Deny the allegations contained in Complaint ¶115.

116.    Deny the allegations contained in Complaint ¶116.

117.    Deny the allegations contained in Complaint ¶117.

118.    Deny the allegations contained in Complaint ¶118.

119.    Deny the allegations contained in Complaint ¶119.

120.    Deny the allegations contained in Complaint ¶120.

121.    Deny the allegations contained in Complaint ¶121.

122.    Deny the allegations contained in Complaint ¶122.

123.    Deny the allegations contained in Complaint ¶123.

124.    Deny the allegations contained in Complaint ¶124.

125.    Deny the allegations contained in Complaint ¶125.

126.    Deny the allegations contained in Complaint ¶126.

127.    Deny the allegations contained in Complaint ¶127.

128.    Deny the allegations contained in Complaint ¶128.

**Third Cause of Action—Equal Protection Clause**

129.    In response to Complaint ¶129, Defendants restate, as if fully rewritten, the admissions, denials, and averments contained in Answer ¶¶ 1-128.

130.    Complaint ¶130 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

131.    Deny the allegations contained in Complaint ¶131.

132.    Deny the allegations contained in Complaint ¶133.

133.    Complaint ¶133 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

134.    Complaint ¶134 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

135.    Deny the allegations contained in Complaint ¶135.

136.    Complaint ¶136 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

137.    Deny the allegations contained in Complaint ¶137.

138.    Deny the allegations contained in Complaint ¶138.

139.    Deny the allegations contained in Complaint ¶139.

140.    Deny the allegations contained in Complaint ¶140.

141.    Deny the allegations contained in Complaint ¶141.

142.    Deny the allegations contained in Complaint ¶142.

143.    Deny the allegations contained in Complaint ¶143.

144.    Deny the allegations contained in Complaint ¶144.

145.    Deny the allegations contained in Complaint ¶145.

146.    Deny the allegations contained in Complaint ¶146.

147.    Deny the allegations contained in Complaint ¶147.

148.    Deny the allegations contained in Complaint ¶148.

149.    Deny the allegations contained in Complaint ¶149.

150.    Deny the allegations contained in Complaint ¶150.

151.    Deny the allegations contained in Complaint ¶151.

152.    Deny the allegations contained in Complaint ¶152.

153.    Deny the allegations contained in Complaint ¶153.

154.    Deny the allegations contained in Complaint ¶154.

155.    Deny the allegations contained in Complaint ¶155.

156.    Deny the allegations contained in Complaint ¶156.

157.    Deny the allegations contained in Complaint ¶157.

### Fourth Cause of Action—"Parental Liberty Interest"

158.    In response to Complaint ¶158, Defendants restate, as if fully rewritten, the admissions, denials, and averments contained in Answer ¶¶ 1-157.

159.    Complaint ¶159 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

160.    Complaint ¶159 includes a legal conclusion for which no response is required, but otherwise deny for want of knowledge the allegations contained in Complaint ¶157.

161.    Complaint ¶161 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

162.    Complaint ¶162 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

163.    Deny the allegations contained in Complaint ¶163.

164.    Deny the allegations contained in Complaint ¶164.

165.    Deny the allegations contained in Complaint ¶165.

166.    Deny the allegations contained in Complaint ¶166.

167.    Deny the allegations contained in Complaint ¶167.

168.    Deny the allegations contained in Complaint ¶168.

169.    Deny the allegations contained in Complaint ¶169.

170.    Deny the allegations contained in Complaint ¶170.

171.    Deny the allegations contained in Complaint ¶171.

172.    Deny the allegations contained in Complaint ¶172.

173.    Deny the allegations contained in Complaint ¶173.

174.    Deny the allegations contained in Complaint ¶174.

175.    Deny the allegations contained in Complaint ¶175.

176.    Deny the allegations contained in Complaint ¶176.

177.    Deny the allegations contained in Complaint ¶177.

178.    Deny the allegations contained in Complaint ¶178.

179.    Deny the allegations contained in Complaint ¶179.

180.    Deny the allegations contained in Complaint ¶180.

181.    Deny the allegations contained in Complaint ¶181.

182.    Deny the allegations contained in Complaint ¶182.

### Fifth Cause of Action—"Unconstitutional Conditions Doctrine"

183.    In response to Complaint ¶183, Defendants restate, as if fully rewritten, the admissions, denials, and averments contained in Answer ¶¶ 1-182.

184.    Complaint ¶184 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

185.    Deny the allegations contained in Complaint ¶185.

186.    Deny the allegations contained in Complaint ¶186.

187.    Deny the allegations contained in Complaint ¶187.

188.    Deny the allegations contained in Complaint ¶188.

189.    Deny the allegations contained in Complaint ¶189.

190.    Deny the allegations contained in Complaint ¶190.

191.    Deny the allegations contained in Complaint ¶191.

192.    Deny the allegations contained in Complaint ¶192.

193.    Deny the allegations contained in Complaint ¶193.

194.    Deny the allegations contained in Complaint ¶194.

195.    Deny the allegations contained in Complaint ¶195.

196.    Deny the allegations contained in Complaint ¶196.

197.    Deny the allegations contained in Complaint ¶197.

198.    Deny the allegations contained in Complaint ¶198.

199.    Deny the allegations contained in Complaint ¶199.

200.    Deny the allegations contained in Complaint ¶200.

201.    Deny the allegations contained in Complaint ¶201.

202.    Deny the allegations contained in Complaint ¶202.

203.    Deny the allegations contained in Complaint ¶203.

204.    Deny the allegations contained in Complaint ¶204.

205.    Deny the allegations contained in Complaint ¶205.

206.	Deny the allegations contained in Complaint ¶206.

207.	Deny the allegations contained in Complaint ¶207.

208.	Deny the allegations contained in Complaint ¶208.

209.	Deny the allegations contained in Complaint ¶209.

210.	Deny the allegations contained in Complaint ¶210.

**Sixth and Seventh Causes of Action—Substantive Due Process**

211.	In response to Complaint ¶211, Defendants restate, as if fully rewritten, the admissions, denials, and averments contained in Answer ¶¶ 1-210.

212.	Deny the allegations contained in Complaint ¶212.

213.	Deny the allegations contained in Complaint ¶213.

214.	Deny the allegations contained in Complaint ¶214.

215.	Deny the allegations contained in Complaint ¶215.

216.	Deny the allegations contained in Complaint ¶216.

217.	Deny the allegations contained in Complaint ¶217.

218.	Deny the allegations contained in Complaint ¶218.

219.	Deny the allegations contained in Complaint ¶219.

220.	Deny the allegations contained in Complaint ¶220.

221.	Deny the allegations contained in Complaint ¶221.

222.	Deny the allegations contained in Complaint ¶222.

223.	Deny the allegations contained in Complaint ¶223.

224.	Deny the allegations contained in Complaint ¶224.

225.	Deny the allegations contained in Complaint ¶225.

226.	Deny the allegations contained in Complaint ¶226.

227. Deny the allegations contained in Complaint ¶227.

228. Deny the allegations contained in Complaint ¶228.

229. Deny the allegations contained in Complaint ¶229.

230. Deny the allegations contained in Complaint ¶230.

231. Deny the allegations contained in Complaint ¶231.

232. Deny the allegations contained in Complaint ¶232.

233. Deny the allegations contained in Complaint ¶233.

234. Deny the allegations contained in Complaint ¶234.

**Eighth Cause of Action-- Americans with Disabilities Act Title II - 42 U.S.C. § 12132
Section 504 of the Rehabilitation Act - 29 U.S.C. § 794
Disability Discrimination**

235. In response to Complaint ¶235, Defendants restate, as if fully rewritten, the admissions, denials, and averments contained in Answer ¶¶ 1-234.

236. Complaint ¶236 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

237. Complaint ¶237 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

238. Deny the allegations contained in Complaint ¶238.

239. Deny the allegations contained in Complaint ¶239.

240. Deny the allegations contained in Complaint ¶240.

241. Deny the allegations contained in Complaint ¶241.

242. Deny the allegations contained in Complaint ¶242.

243. Deny the allegations contained in Complaint ¶243.

244. Deny the allegations contained in Complaint ¶244.

245. Deny the allegations contained in Complaint ¶245.

246. Deny the allegations contained in Complaint ¶246.

### Ninth Cause of Action—Fair Housing Act--Discrimination

247. In response to Complaint ¶247, Defendants restate, as if fully rewritten, the admissions, denials, and averments contained in Answer ¶¶ 1-246.

248. Complaint ¶248 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

249. Complaint ¶249 states a legal conclusion for which no response is required, but Defendants otherwise deny any underlying factual allegations.

250. Deny the allegations contained in Complaint ¶250.

251. Deny the allegations contained in Complaint ¶251.

252. Deny the allegations contained in Complaint ¶252.

253. Deny the allegations contained in Complaint ¶253.

254. Deny the allegations contained in Complaint ¶254.

255. Deny the allegations contained in Complaint ¶255.

256. Deny the allegations contained in Complaint ¶256.

257. Deny the allegations contained in Complaint ¶257.

258. Deny the allegations contained in Complaint ¶258.

259. Deny the allegations contained in Complaint ¶259.

260. In response to Complaint ¶260, Defendants restate, as if fully rewritten, the admissions, denials, and averments contained in Answer ¶¶ 1-259.

261.    Admit Plaintiff Joyal-Cousin served as a relator in *State ex rel. Smith v. DODD*, a mandamus action filed in the Supreme Court of Ohio, but deny the remaining allegations contained in Complaint ¶261.

262.    Deny the allegations contained in Complaint ¶262.

263.    Deny the allegations contained in Complaint ¶263.

264.    Deny the allegations contained in Complaint ¶264.

265.    Admit that on February 28, 2025, Plaintiff's counsel issued a formal letter to WCBDD's counsel and that WCBDD did not respond, but otherwise deny the allegations contained in Complaint ¶265.

266.    Deny the allegations contained in Complaint ¶266.

267.    Deny the allegations contained in Complaint ¶267.

268.    Deny the allegations contained in Complaint ¶268.

269.    Deny the allegations contained in Complaint ¶269.

270.    Deny the allegations contained in Complaint ¶270.

271.    Deny the allegations contained in Complaint ¶271.

272.    Deny the allegations contained in Complaint ¶272.

273.    Deny the allegations contained in Complaint ¶273.

274.    Deny the allegations contained in Complaint ¶274.

275.    Deny the allegations contained in Complaint ¶275.

276.    Deny the allegations contained in Complaint ¶276.

277.    Deny the allegations contained in Complaint ¶277.

278.    Deny the allegations contained in Complaint ¶278.

279.    Deny the allegations contained in Complaint ¶279.

280. Deny the allegations contained in Complaint ¶280.

281. Deny the allegations contained in Complaint ¶281.

282. Deny the allegations contained in Complaint ¶282.

283. Deny the allegations contained in Complaint ¶283.

284. Deny the allegations contained in Complaint ¶284.

285. Deny the allegations contained in Complaint ¶285.

## Affirmative Defenses

1. The individually named Defendants have qualified immunity under both federal common law and R.C. Chapter 2744.

2. There was no violation of any clearly established constitutional right by either of the individually named Defendants herein.

3. Each individually named Defendant's actions must be reviewed and analyzed separately without regard to the conduct of others.

4. Plaintiffs fail to state a claim upon which relief can be granted against these answering Defendants.

5. There is no respondeat superior liability under Section 1983.

6. There was no active participation by either individually named Defendant herein.

7. An attempt to enter and/or entry onto the curtilage is not an unlawful entry or search for purposes of the Fourth Amendment.

8. Plaintiffs weren't deprived of property or liberty rights by these answering Defendants.

9. Plaintiffs weren't subjected to a warrantless search or invasion of privacy.

10. The availability of state remedies precludes a procedural due process claim.

11. Plaintiffs are not in a protected class and, therefore, the actions of these answering Defendants are subject to rational basis review.

12. Some of Plaintiffs' claims are barred by res judicata, claim or issue preclusion.

13. Certain of the Plaintiffs lack legal standing to sue.

14. Plaintiffs weren't treated in a disparate fashion.

15. Plaintiffs failed to exhaust state remedies.

16. Plaintiffs claims are barred by implied consent.

17. Some of Plaintiffs' claims are barred by unclean hands, waiver, estoppel, and laches.

18. Defendants reserve the right to assert other affirmative defenses as they may become known through the Initial Disclosures and/or Discovery process.

WHEREFORE, Defendants demand that Plaintiff's Complaint against them be dismissed with prejudice.

Respectfully submitted,


*/s/ John D. Latchney*
John D. Latchney (0046539)
HANNA CAMPBELL & POWELL LLP
3737 Embassy Parkway/Suite 100
Akron OH 44333
330.670.7602/(fax) 330.670.7458
jlatchney@hcplaw.net
*Attorney for Defendants, Wayne County*
*of Developmental Disabilities ("WCBDD"),*
*David Ashley and Sarah Carter*

*Per Written Consent on 4-14-26*
Thomas M. McCarty (0020302)
Michael J. Defibaugh (0072683)
Assistant Prosecuting Attorneys
115 West Liberty Street
Wooster, OH  44691
330.262.3030
tmccarty@countyprosecutor.com
mdefibaugh@countyprosecutor.com
*Co-Counsel for Defendants, Wayne County*
*Board of Developmental Disabilities*
*("WCBDD"), David Ashley and Sarah*
*Carter*

## Jury Demand

A trial by jury on all issues is hereby demanded.

/s/ John D. Latchney
John D. Latchney (0046539)